nhs

8-29-13

Clerk of the Court
1100 E. Main St.
Powell U.S. Cthse Annex
Richmond, VA 23219-3517

RECEIVED 2013 SEP -4 AM 10:18 US COURT OF APPEALS FOURTH CIRCUIT

Clerk of the Court,

I am requesting the trial transcript for my case; United States of America v. Alano Christobo Blanco; criminal no. 13-4261. I am an indigent inmate. I requested a copy of the trial transcript from my attorney, Robert Neeley, Jr. USB # 40441. I sent a request