FILED:  October 2, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4261
(4:11-cr-00089-MSD-DEM-24)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALANO CHRISTOBO BLANCO

Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion to extend the time for filing the

appellants' brief and joint appendix pending the filing of the brief and joint

appendix on or before October 8, 2013.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk